**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**MARANDA A. GAMETT**,

    Plaintiff,

vs.

**COMMISSIONER of Social Security**

    Defendant.

Case No. 2:18-cv-01000-MMD-PAL

FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND

Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a thirty (30) business day extension of time, to file the **MOTION TO FOR REMAND,** up to and including October 12, 2018.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is September 12, 2018.

The CD received from Social Security was damaged and parts of the file cannot be accessed. We are waiting for a new copy of the CD to arrive.

Via email, opposing counsel agreed to the Request and has no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a thirty (30) business day

extension of time to file the **MOTION FOR REMAND** up to and including October 12, 2018.

| | |
|---|---|
| DATED this 18th day of July, 2018. | DATED this 18th day of July, 2018 |
| /s/ *Joshua Harris* | /s/ *Elizabeth M Firer* |
| **JOSHUA HARRIS, ESQ.** | (As authorized via email 03/08/18) |
| Nevada State Bar No. 9580 | **Elizabeth M Firer** |
| Richard Harris Law Firm | Social Security Administration |
| 801 S Fourth St. | 160 Spear St., Ste 800 |
| Las Vegas NV 89101 | San Francisco, CA 94105 |
| Ph: (702) 444-4392 | 415-977-8943 |
| Fax: (702) 444-4455 | Email: Elizabeth.Firer@ssa.gov *(Inactive)* |
| Email: josh@richardharrislaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

    IT IS SO ORDERED.

_____
    United States Magistrate Judge

    DATED: September 12, 2018

FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND- 2