DAYLE ELIESON
United States Attorney
District of Nevada
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8937
    Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| MRANDA GAMETT,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-01000-MMD-PAL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the first time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on November 13, 2018, by 30 days, through and including December 13, 2018.

    An extension of time is needed in order to prepare Defendant's brief because of the caseload of Defendant's attorneys. This request is made in good faith with no intention to unduly delay the proceedings.

    Counsel for Defendant conferred with Plaintiff's counsel on November 9, 2018. Plaintiff's counsel does not oppose this motion.

-1-

Respectfully submitted this 9th day of November 2018.

DAYLE ELIESON
United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

S. WYETH McADAM
Of Counsel

IT IS SO ORDERED:

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2018